IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| LESHUNDRIA BOSWELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:26cv120-MHT |
| | ) | (WO) |
| WALMART, | ) | |
| | ) | |
| Defendant. | ) | |

## OPINION

Plaintiff filed this personal-injury lawsuit in state court asserting that she was harmed when she accidentally ate a piece of plastic that was inside food she had purchased at defendant's store. Defendant properly removed the lawsuit to this court. This case is now before the court on the recommendation of the United States Magistrate Judge that the case be dismissed without prejudice for plaintiff's failure to prosecute and comply with a court order to file an amended complaint. There are no objections to the recommendation. After an independent and de novo

review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 29th day of June, 2026.

　　　　　　　　　　　　/s/ Myron H. Thompson　
　　　　　　　　　　UNITED STATES DISTRICT JUDGE