IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

LESHUNDRIA BOSWELL,           )
                              )
     Plaintiff,               )
                              )        CIVIL ACTION NO.
     v.                       )          2:26cv120-MHT
                              )             (WO)
WALMART,                      )
                              )
     Defendant.               )

JUDGMENT

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (Doc. 12) is adopted.

(2) This lawsuit is dismissed without prejudice for failure to prosecute and to comply with a court order.

No costs are taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil

Procedure.

This case is closed.

DONE, this the 29th day of June, 2026.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE